UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC PARHAM, individually and on behalf of all others similarly situated,

                Plaintiff,

      - against -

ALDI INC.,

                Defendant.

**ORDER**

19 Civ. 8975 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The initial pretrial conference scheduled for April 9, 2020 is adjourned until **June 4, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         March 27, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge