UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ERIC PARHAM, individually and on behalf of all :
others similarly situated,                                              : Case No. 1:19-cv-08975-PGG-SDA
                                                                                  :
                Plaintiff,                                     :
      v.                                                                  :
                                                                                  : **ORDER AS TO PLAINTIFF'S FIRST**
ALDI INC.,                                                                 : **AMENDED COMPLAINT**
                                                                                  :
                Defendant.                                  :
                                                                                  :
                                                                                  :
                                                                                  :
------------------------------------- X

       Plaintiff Eric Parham, by counsel, and Defendant Aldi Inc., by counsel, having filed their Joint Stipulation As To Plaintiff's First Amended Complaint, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

       IT IS, THEREFORE, ORDERED that Aldi Inc.'s June 3, 2020 request for a pre-motion conference in anticipation of its motion to dismiss the corrected First Amended Complaint (Dkt. No. 24) shall be deemed its response to Plaintiff's corrected First Amended Complaint with exhibits filed at Dkt. No. 28.

DATE: June 22, 2020

*Paul S. Gardephe*
_____
Hon. Paul G. Gardephe, U.S.D.J.