UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC PARHAM, individually and on behalf of all others similarly situated,

                     Plaintiff,

      - against -

ALDI INC.,

                     Defendant.

**ORDER**

19 Civ. 8975 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, any amended complaint is to be filed by **July 9, 2020**. Plaintiff's counsel stated during today's conference that Plaintiff wishes to withdraw his claim for negligent misrepresentation. Accordingly, that claim is hereby dismissed. If Plaintiff wishes to withdraw any claims, he will so advise the Court by **July 9, 2020**. By **July 16, 2020**, Defendant will submit a letter notifying the Court as to whether it intends to move to dismiss. If Defendant plans to file a motion to dismiss, the letter should include an agreed-upon briefing schedule.

Dated: New York, New York
        July 2, 2020

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge