USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eric Parham, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

Aldi Inc.,

                Defendant.

1:19-cv-08975 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management (including scheduling, discovery, non-dispositive pretrial motions and settlement) and dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A). (Order, ECF No. 65.) The parties shall comply with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

It is hereby Ordered that the parties shall submit a joint letter regarding the status of discovery on Friday, February 26, 2021.

SO ORDERED.

DATED:    New York, New York
                January 22, 2021

_____
STEWART D. AARON
United States Magistrate Judge